UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 5:17-cv-00006-FDW-DSC

| | |
|---|---|
| KAY SEBASTIAN,  )<br>  )<br>  Plaintiff,  )<br>  )<br>vs.  )<br>  )<br>DAVOL, INC. and C.R. BARD, INC.,  )<br>  )<br>  Defendants.  )<br>  ) | ORDER |

THIS MATTER is before the Court *sua sponte* to set a deadline for the parties to file an amended Certification and Report of F.R.C.P. 26(f) Conference and Discovery Plan that complies with the Standing Order Governing Civil Case Management before the Honorable Frank D. Whitney (3:07-mc-47 (Doc. No. 2)). The parties filed their Certification and Report of F.R.C.P. 26(f) Conference and Discovery Plan on August 24, 2017 (Doc. No. 17). The case was reassigned to the undersigned on September 1, 2017. For good cause, it is hereby ORDERED that the parties shall have up to and including September 16, 2017 to file an amended Certification and Report of F.R.C.P. 26(f) Conference and Discovery Plan that complies with the Standing Order Governing Civil Case Management before the Honorable Frank D. Whitney and that September 16, 2017 will be deemed the date of the initial attorney conference for purposes of calculating the deadlines according to the Standing Order Governing Civil Case Management before the Honorable Frank D. Whitney.

IT IS SO ORDERED.

Signed: September 8, 2017

Frank D. Whitney
Chief United States District Judge